IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-1-010 (MTT) |
| | ) |
| PAUL BENTLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The government has moved the Court to continue this case to the September trial term. Doc. 683. The defendant was indicted, along with 21 co-defendants, on January 11, 2022. Doc. 1. The case was declared complex on March 2, 2022, and the trial was specially set for March 13, 2023. Doc. 243. The defendant was not arrested until April 8, 2024, and had his arraignment in this Court on April 9, 2024. Docs. 672. No prior continuances have been granted. The government filed a new motion to declare the case complex as to this defendant (Doc. 682), however, upon discussions with defense counsel, believes a standard schedule may be more appropriate. Doc. 683 ¶ 3. The government now moves the Court to continue this case to the September trial term to provide additional time for defendant's counsel to review discovery, file any pretrial motions and prepare for trial. *Id.* ¶ 4. The Court has confirmed the defendant does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 683) is **GRANTED**. The case is continued from the June term until the Court's trial term presently scheduled for

**September 16, 2024**.  The corresponding delay shall be excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 13th day of June, 2024.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT