## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-1-010 (MTT) |
| | ) |
| **PAUL BENTLEY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

The government has moved the Court to continue this case to the next trial term. Doc. 699.  The defendant was indicted, along with 21 co-defendants, on January 11, 2022.  Doc. 1.  The defendant was not arrested until April 8, 2024, and had his arraignment in this Court on April 9, 2024.  Doc. 672.  One prior continuance has been granted.  Doc. 684.  The government now moves the Court to continue this case to the next trial term to provide additional time for defense counsel to review discovery, file any pretrial motions, prepare for trial and conduct plea negotiations.  Doc. 699 ¶ 4.  The defendant does not oppose the motion.  *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 699) is **GRANTED**.  The case is continued from the September term until the Court's trial term presently scheduled for **November 4, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT