IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-1-010 (MTT) |
| | ) |
| PAUL BENTLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term.  Doc. 715.  The defendant was indicted, along with 21 co-defendants, on January 11, 2022.  Doc. 1.  The defendant was not arrested until April 8, 2024, and had his arraignment in this Court on April 9, 2024.  Doc. 672. Three prior continuances have been granted.  Docs. 684; 702; 712.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term due to defendant counsel's conflict with the upcoming trial term—defendant's counsel is scheduled to take paternity leave due to the imminent birth of his child.  Doc. 715 at 1.  The Court has confirmed the government does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 715) is **GRANTED**.  The case is continued from the January term until the Court's trial term presently scheduled for **March 10, 2025**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 16th day of December, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
